STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JACOB FOSTER (CABN 250785)
Assistant Chief, Fraud Section
LAURA CONNELLY (DCBN 241537)
Trial Attorney, Fraud Section

    U.S. Department of Justice, Fraud Section
    1400 New York Avenue NW
    Washington, DC 20005
    Telephone: 202-262-3520
    Jacob.Foster@usdoj.gov
    Laura.Connelly@usdoj.gov

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102-3495
    Telephone: (415) 436-7200
    lloyd.farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 22-CR-00161 BLF |
| Plaintiff, | NOTICE OF ADDITIONAL COUNSEL |
| v. | |
| JASON NIELSEN, | |
| Defendant. | |

    The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the Court that Assistant Chief Jacob Foster and Trial Attorney Laura Connelly appear in this matter in addition to AUSA Lloyd Farnham.  Future ECF notices should be sent to Assistant Chief Foster and

1  Trial Attorney Connelly with the following contact information:

2  Jacob Foster, Assistant Chief
3  U.S. Department of Justice, Fraud Section
   1400 New York Avenue NW
4  Washington, DC 20005
   Telephone: 202-262-3520
5  Jacob.Foster@usdoj.gov

6  Laura Connelly, Trial Attorney
   U.S. Department of Justice, Fraud Section
7  1400 New York Avenue NW
   Washington, DC 20005
8  Telephone: 202-262-3520
9  Laura.Connelly@usdoj.gov

10  AUSA Lloyd Farnham remains as counsel for the government in this case..

11

12  DATED:  April 19, 2022                    Respectfully submitted,

13                                            STEPHANIE M. HINDS
14                                            United States Attorney

15
                                              _____/s/_____
16                                            JACOB FOSTER
                                              LAURA CONNELLY
17                                            Fraud Section, U.S. Department of Justice
                                              LLOYD FARNHAM
18                                            Assistant United States Attorney